1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION ONE SPAS, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>COVERPLAY, INC., an Oregon corporation, and E. JESS TUDOR, an individual,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil No. 03cv1099-L(CAB)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

On January 22, 2007, Defendants and Counterclaimants Coverplay, Inc. and Jess Tudor (collectively "Coverplay") electronically filed a Notice of Substitution of Counsel and [Proposed] Order. (*See* Docket no. 328) This pleading is rejected and stricken from the record for two reasons. First, it includes a proposed order and therefore fails to comply with the Electronic Case Filing Administrative Policies and Procedures Manual ("E-Filing Manual") § 2(h) (Proposed Orders and Orders). Second, it does not comply with E-Filing Manual § 2(f)(2) (Signatures, Non-Registered Signatories). The Clerk of the Court is instructed to **STRIKE**

/ / / / /

1   **FROM THE RECORD** Notice of Substitution of Counsel and [Proposed] Order, docket entry

2   no. 328, filed January 22, 2007.

3         **IT IS SO ORDERED**.

5   DATED: January 24, 2007

                              M. James Lorenz
                              United States District Court Judge

7   COPY TO:

9   HON. CATHY ANN BENCIVENGO
    UNITED STATES MAGISTRATE JUDGE

10   ALL PARTIES/COUNSEL