1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION ONE SPAS, INC., a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>COVERPLAY, INC., an Oregon corporation, and E. JESS TUDOR, an individual,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil No. 03cv1099-L(CAB)<br><br>**ORDER GRANTING PLAINTIFF'S AND COUNTER-DEFENDANT'S MOTION *IN LIMINE* NO. 1 WITH RESPECT TO DEFENDANT AND COUNTER-CLAIMANT'S EXHIBIT F** |

Plaintiff and Counter-Defendant Dimension One Spas, Inc. ("Dimension One") filed its motion *in limine* no. 1 to exclude Defendants and Counter-claimants Coverplay, Inc. and E. Jess Tudor's (collectively "Coverplay") Exhibits F and G, consisting of U.S. Patent Nos. 4,857,374 and 5,819,332, respectively. By order filed December 23, 2006, and for reasons stated therein, the court denied the motion with respect to Coverplay's Exhibit G as moot, and denied without prejudice the motion with respect to Exhibit F. To the extent the motion with respect to Exhibit F was based on Federal Rule of Civil Procedure 37(c), the court granted Dimension One leave to renew it orally immediately prior to commencement of trial without any additional briefing. The purpose was to give Coverplay an opportunity to present any evidence or argument pursuant to

1  Rule 37(c) regarding substantial justification for the delay in disclosure of this exhibit and
2  harmlessness from the delay.  (*See* Order Denying Without Prejudice Pl.'s and Counter-Def.'s
3  Mot. *in Limine* No. 1, filed 12/23/06, at 4-5.)  For the reasons stated in the December 23 order,
4  this was necessary because Dimension One's Rule 37(c) arguments were raised in its reply.
5      On January 4, 2007, the court granted the parties' joint request to continue trial, and at the
6  same time amended the December 23 order by allowing briefing on the Rule 37(c) issue, rather
7  than limiting the parties to oral argument.  (*See* Order Continuing Trial Date; (2) Setting Briefing
8  Schedule; and (3) Continuing Pretrial Dates, filed 1/4/07.)  While Dimension One was directed
9  to file a notice, the order did not allow for further briefing by Dimension One, since it already
10 presented its evidence and argument in its motion *in limine* papers.  The January 4 order
11 provided an opportunity for Coverplay to brief its arguments and evidence in opposition, and for
12 Dimension One to reply to that.  (*Id.*)
13     Dimension One filed its notice pursuant to the January 4 order, and based it on the
14 previously filed motion *in limine* papers.  In opposition, Coverplay did not present any
15 substantive argument or evidence.  Its argument that Dimension One was obligated to and failed
16 to meet the burden associated with motions for reconsideration, as provided in Civil Local Rule
17 7.1(i)(1), ignores the procedure set out in the December 23 and January 4 orders, and is
18 inapposite in light of those orders.
19     Since Coverplay did not present any argument or evidence relevant to the delay in its
20 disclosure of Exhibit F or harmlessness of the delay as provided in Rule 37(c), and for reasons
21 stated in the December 23 order, which are incorporated herein by reference, Dimension One's
22 Motion *in Limine* No. 1 is **GRANTED** with respect to Coverplay's Exhibit F.
23     **IT IS SO ORDERED**.

25 DATED:  January 30, 2007

26                                         _____
                                              M. James Lorenz
27                                         United States District Court Judge

1  COPY TO:
2  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4