UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION ONE SPAS, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>COVERPLAY, INC., an Oregon corporation, and E. JESS TUDOR, an individual,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil No. 03cv1099-L(CAB)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

　　　On February 20, 2007, Plaintiff and Counter-Defendant Dimension One Spas, Inc. ("Dimension One") electronically filed a [Proposed] Findings of Fact and Conclusions of Law Relating to Defendants' Inequitable Conduct Defense (docket no. 348). This filing fails to comply with the procedures set forth in the Civil Local Rule 52.1 (Findings of Fact, Conclusions of Law, Orders and Judgments). Accordingly, the Clerk of the Court is instructed to **STRIKE**

/ / / / /

/ / / / /

/ / / / /

1 **FROM THE RECORD** the [Proposed] Findings of Fact and Conclusions of Law Relating to
2 Defendants' Inequitable Conduct Defense, filed February 20, 2007 (docket no. 348).
3   **IT IS SO ORDERED**.

5 DATED: February 21, 2007

6                                                                             *M. James Lorenz*
                                                                              M. James Lorenz
7                                                                             United States District Court Judge

   COPY TO:
8
   HON. CATHY ANN BENCIVENGO
9  UNITED STATES MAGISTRATE JUDGE

10 ALL PARTIES/COUNSEL