UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION ONE SPAS, INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVERPLAY INC., an Oregon corporation, and E. JESS TUDOR, an individual,<br><br>Defendants. | Case No.  03-CV-1099L (CAB)<br><br>**ORDER PERMITTING ELECTRONIC EQUIPMENT IN COURT**<br><br>Date:           April 23, 24 & 25, 2007<br><br>Time:          9:00 a.m.<br><br>Courtroom:  14, 5th Floor<br><br>Judge:         Honorable M. James Lorenz |
| And related counterclaims | |

The parties are hereby permitted to bring electronic equipment into the courtroom on Monday, April 23, 2007 and during trial to take place Tuesday, April 24, 2007 and Wednesday, April 25, 2007.

Plaintiff Dimension One Spas, Inc. will be allowed to bring the following equipment into the courtroom:

1. projector,

2. three laptop computers, and

3. Elmo overhead projector.

Defendants Coverplay, Inc. and E. Jess Tudor will be allowed to bring the following equipment into the courtroom:

    1. two laptop computers.

**IT IS SO ORDERED.**

DATED: April 18, 2007

_____
M. James Lorenz
United States District Court Judge

Respectfully submitted,
Christopher S. Marchese (SBN 170239)
W. Chad Shear (SBN 230602)
Lara S. Garner (SBN 234701)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099
Marchese@fr.com
Shear@fr.com
Garner@fr.com

JoAnna M. Esty, Esq.
J. Alison Grabell, Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Phone:  (310) 229-9900
Fax:     (310) 229-9901
Direct:  (310) 229-9927
jesty@venable.com
agrabell@venable.com