UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION ONE SPAS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>COVERPLAY, INC., an Oregon corporation, and E. JESS TUDOR, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil No. 03cv1099-L(CAB)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

    On December 10, 2007, Coverplay, Inc. and Jess Tudor (collectively "Coverplay") filed under seal Exhibit 5 to Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and Counter-Defendant Dimension One Spas, Inc.'s Motion for Partial Summary Judgment of No Laches and No Estoppel.  This filing fails to comply with Civil Local Rule 79.2(c) and Patent Local Rule 2.2 because it was not accompanied be a sealing order and no order has issued sealing the document.  Accordingly, the Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Exhibit 5 to Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and Counter-Defendant Dimension One Spas, Inc.'s

Motion for Partial Summary Judgment of No Laches and No Estoppel, filed under seal on December 10, 2007.

**IT IS SO ORDERED**.

DATED: December 11, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL