UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMENSION ONE SPAS, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>COVERPLAY, INC., an Oregon corporation, and E. JESS TUDOR, an individual,<br><br>        Defendants<br><br>AND RELATED COUNTERCLAIM | Civil No. 03cv1099-L(CAB)<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT COVERPLAY, INC.'S REQUEST TO FILE UNDER SEAL EXHIBIT 5 TO AMENDED DECLARATION OF ALISON GRABELL, ESQ. IN SUPPORT OF COVERPLAY, INC.'S OPPOSITION TO PLAINTIFF AND COUNTER-DEFENDANT CLAIMANT DIMENSION ONE SPAS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LACHES AND NO ESTOPPEL** |

      On December 13, 2007, Defendant and Counterclaimant Coverplay, Inc. ("Coverplay") filed its request to file under seal Exhibit 5 to Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and Counter-Defendant Dimension One Spas, Inc.'s Motion for Partial Summary Judgment of No Laches and No Estoppel.  The court finds Exhibit 5 is identical to Exhibit 8 to a declaration of J. Alison Grabell, Esq., filed under seal on January 23, 2006 pursuant to this court's Order filed January 23, 2006.

      For the reasons stated in the January 23, 2006 Order, Coverplay's request to file Exhibit 5 under seal is **GRANTED**. The Clerk of Court is hereby instructed to **FILE UNDER SEAL**

Exhibit 5 to Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and Counter-Defendant Dimension One Spas, Inc.'s Motion for Partial Summary Judgment of No Laches and No Estoppel.

**IT IS SO ORDERED**.

DATED: December 17, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL