1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11

12   DIMENSION ONE SPAS, INC., a          )   Civil No. 03cv1099-L(CAB)
     California corporation,              )
13                                        )   **ORDER GRANTING DEFENDANT**
                          Plaintiff,      )   **AND COUNTERCLAIMANT**
14                                        )   **COVERPLAY, INC.'S REQUEST TO**
     v.                                   )   **(1) FILE UNDER SEAL EXHIBIT 6**
15                                        )   **TO SECOND AMENDED**
     COVERPLAY, INC., an Oregon           )   **DECLARATION OF ALISON**
16   corporation, and E. JESS TUDOR, an   )   **GRABELL, ESQ. IN SUPPORT OF**
     individual,                          )   **COVERPLAY, INC.'S OPPOSITION**
17                                        )   **TO PLAINTIFF AND COUNTER-**
                          Defendants      )   **DEFENDANT CLAIMANT**
18   _____ )   **DIMENSION ONE SPAS, INC.'S**
                                          )   **MOTION FOR PARTIAL**
19   AND RELATED COUNTERCLAIM             )   **SUMMARY JUDGMENT OF NO**
                                          )   **LACHES AND NO ESTOPPEL; AND**
20                                        )   **(2) REMOVE FROM PUBLIC**
                                          )   **RECORD EXHIBIT 6 TO**
21                                        )   **DECLARATION OF ALISON**
                                          )   **GRABELL AND AMENDED**
22                                        )   **DECLARATION OF ALISON**
                                          )   **GRABELL**
23   _____ )

24        On December 17, 2007, Defendant and Counterclaimant Coverplay, Inc. ("Coverplay")

25   filed its request to file under seal Exhibit 6 to Second Amended Declaration of J. Alison Grabell,

26   Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and Counter-Defendant Dimension

27   One Spas, Inc.'s Motion for Partial Summary Judgment of No Laches and No Estoppel.  The

28   court finds Exhibit 6 is identical to Exhibit 9 to a declaration of J. Alison Grabell, Esq., filed

                                                                                   03cv1099

1  under seal on January 23, 2006 pursuant to this court's Order filed January 23, 2006.

2      For the reasons stated in the January 23, 2006 Order, Coverplay's request to file Exhibit 6

3  under seal is **GRANTED**.  Accordingly, **IT IS HEREBY ORDERED** as follows:

4      1.  The Clerk of Court shall **FILE UNDER SEAL** Exhibit 6 to the Second Amended

5  Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and

6  Counter-Defendant Dimension One Spas, Inc.'s Motion for Partial Summary Judgment of No

7  Laches and No Estoppel.

8      2.  The Clerk of Court shall **REMOVE FROM THE PUBLIC RECORD** Exhibit 6 to

9  Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and

10  Counter-Defendant Dimension One Spas, Inc.'s Motion for Partial Summary Judgment of No

11  Laches and No Estoppel, filed December 7, 2007 (Doc. # 404-9) and Exhibit 6 to the Amended

12  Declaration of J. Alison Grabell, Esq. in Support of Coverplay, Inc.'s Opposition to Plaintiff and

13  Counter-Defendant Dimension One Spas, Inc.'s Motion for Partial Summary Judgment of No

14  Laches and No Estoppel, filed December 7, 2007 (Doc. # 411-7).

15      **IT IS SO ORDERED**.

16

17  DATED:  December 21, 2007

18  _____
    M. James Lorenz

19  United States District Court Judge

20  COPY TO:

21  HON. CATHY ANN BENCIVENGO
    UNITED STATES MAGISTRATE JUDGE

22

23  ALL PARTIES/COUNSEL

24

25

26

27

28